IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00950-WYD-BNB

LEDERMAN BONDING COMPANY, an Iowa corporation; and
ADAM FISHER, an individual,

    Plaintiff(s),

v.

JODY SWEETALIA, an individual doing business as A Speedy Bail Bonds,

    Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendant's Motion for Preliminary Injunction (docket #11) and Defendant's Memorandum Brief in Support of Preliminary Injunction (docket #12), filed August 10, 2006, are **STRICKEN** with leave to refile in compliance with D.C.Colo.LCivR 10.1.

    Dated:  August 11, 2006