# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE WILEY Y. DANIEL

_____

Courtroom Deputy:   Robert R. Keech          Date:   October 6, 2006
E.C.R./Reporter:    Kara Spitler

_____

Civil Action No:  **06-cv-00950-WYD-BNB**          Counsel:

**LEDERMAN BONDING COMPANY**,                     Kirsten M. Jahn

       Plaintiff,

v.

**JODY SWEETALLA**,                               Donald A. Brenner

       Defendant.

_____

## COURTROOM MINUTES
_____

**HEARING ON DEFENDANT'S MOTION FOR PRELIMINARY INJUNCTION**

**9:09 a.m.**   Court in Session

       APPEARANCES OF COUNSEL.

       Court's opening remarks.

       Defendant's Motion for Preliminary Injunction (#14 - 8/12/06) is raised for argument.

9:13 a.m.   Defendant's witness **Jody Jay Sweetalla** sworn.

       Direct examination by Defendant (Mr. Brenner).
       ***EX ID:***   ***A, B, C, D, E***

**Exhibit/s A, B, C, D, E RECEIVED.**

9:27 a.m.   Cross examination by Plaintiff (Ms. Jahn).

Judge Wiley Y. Daniel
06-cv-00950-WYD-BNB - Courtroom Minutes

---

9:29 a.m.      Court's examination of witness.

9:32 a.m.      Re-Direct examination by Defendant (Mr. Brenner).
               ***EX ID:       H***

**Exhibit/s H RECEIVED.**

9:33 a.m.      Defendant's witness **Adam Matthew Fisher** sworn.

               Direct examination by Defendant (Mr. Brenner).
               ***EX ID:       F, G***

**Exhibit/s F, G RECEIVED.**

9:40 a.m.      Cross examination by Plaintiff (Ms. Jahn).
               ***EX ID:       8***

**Exhibit/s 8 RECEIVED.**

9:42 a.m.      Court's examination of witness.

9:44 a.m.      Defendant rests

9:44 a.m.      Argument by Defendant (Mr. Brenner).

10:03 a.m.     Argument by Plaintiffs (Ms. Jahn).

**10:09 a.m.** Court in Recess

**10:36 a.m.** Court in Session

               Argument by Plaintiffs continues (Ms. Jahn).

**Exhibit/s 9 RECEIVED.**

10:52 a.m.     Argument by Defendant (Mr. Brenner).

**ORDERED:**   Defendant's Motion for Preliminary Injunction (#14 - 8/12/06) is **TAKEN UNDER ADVISEMENT.**

Judge Wiley Y. Daniel
06-cv-00950-WYD-BNB - Courtroom Minutes

---

**11:01 a.m.**     Court in Recess - HEARING CONCLUDED

**CLERK'S NOTE:  EXHIBITS WERE RETURNED TO COUNSEL AT THE CONCLUSION OF THE HEARING.**

**TOTAL TIME:  1:25**