IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00950-WYD-BNB

LEDERMAN BONDING COMPANY, an Iowa corporation; and
ADAM FISHER, an individual,

    Plaintiff(s),

v.

JODY SWEETALIA, an individual doing business as A Speedy Bail Bonds,

    Defendant(s).

### ORDER

THIS MATTER is before the Court on the Motion to Withdraw as Counsel for Defendant Sweetalla, filed by attorney Donald A. Brenner on October 16, 2006 (docket #26).  The motions states that irreconcilable differences have arisen between counsel and Defendant.  However, the motion does not certify that Mr. Brenner served Defendant Sweetalla with the motion, or that Defendant Sweetalla received warning that he is personally responsible for complying with all court orders and time limitations established by any applicable rules, as required under D.C.Colo.LCivR 83.3(D).

Therefore, the motion is **DENIED WITHOUT PREJUDICE**, with leave to refile in conformance with the local rule.

Dated:  October 16, 2006

                                              BY THE COURT:
                                              s/ Wiley Y. Daniel
                                              Wiley Y. Daniel
                                              U. S. District Judge