IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00950-WYD-BNB

LEDERMAN BONDING COMPANY, an Iowa corporation; and
ADAM FISHER, an individual,

    Plaintiff(s),

v.

JODY SWEETALIA, an individual doing business as A Speedy Bail Bonds,

    Defendant(s).

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Motion to Grant Stipulated Dismissal, filed May 23, 2007 (docket #56).  In the motion, the parties state that they have reached a settlement in this case.  Upon review of the motion and file in this matter, I find that the motion should be **GRANTED** and this case should be **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorneys' fees.

    Dated:  May 23, 2007

                                                BY THE COURT:

                                                s/ Wiley Y. Daniel
                                                Wiley Y. Daniel
                                                U. S. District Judge